LEE ET AL., APPELLEES, *v.* TOLEDO HOSPITAL ET AL., APPELLANTS.

[Cite as Lee *v.* Toledo Hosp. (1986), 28 Ohio St. 3d 304.]

(No. 85-1246—Decided December 22, 1986.)

*Williams, Jilek & Lafferty Co., L.P.A., Michael F. Jilek, Sr.* and *Drew R. Masse,* for appellees.

*Shumaker, Loop & Kendrick* and *William H. Heywood III,* for appellant Toledo Hospital.

*Eastman & Smith, James F. Nooney* and *Peter R. Casey III,* for appellants Lance Talmadge, M.D., Philip L. Kuebbler, M.D., and Drs. Kuebbler and Talmadge, Inc.

The judgment in this cause, having been certified by the court of appeals in case No. L-84-282 as being in conflict with *Wainstein* v. *Univ.*

*Hospitals of Cleve.* (Apr. 14, 1985), Cuyahoga App. No. 48788, unreported, is hereby affirmed on authority of *Mominee* v. *Scherbarth* (1986), 28 Ohio St. 3d 270.

CELEBREZZE, C.J., SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.